*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

LEWIS CASEY                                                                                                  PLAINTIFF

vs.                                        NO. 4:12CV00609 SWW

STUART C. IRBY COMPANY                                                                      DEFENDANT

### ORDER OF DISMISSAL

Pursuant to the stipulation filed by the parties stating that this cause of action should be dismissed,

IT IS THEREFORE ORDERED that all claims in this cause of action hereby are dismissed with prejudice, each side to bear their own costs and attorney's fees herein.

DATED this 30th day of December 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE